IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Bass, Denise R | Case Number: 07 B 05822 |
| | Judge: Squires, John H |
| Printed: 4/8/08 | Filed: 4/2/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: February 27, 2008
Confirmed: August 15, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 945.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 893.97 |
| Trustee Fee: | | 51.03 |
| Other Funds: | | 0.00 |
| Totals: | 945.00 | 945.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ernesto D Borges Jr Esq | Administrative | 2,000.00 | 893.97 |
| 2. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 3. | Chase Home Finance | Secured | 15,511.13 | 0.00 |
| 4. | Asset Acceptance | Unsecured | 707.32 | 0.00 |
| 5. | Medical Collections | Unsecured | | No Claim Filed |
| 6. | Creditors Alliance Inc | Unsecured | | No Claim Filed |
| 7. | NCO Financial Systems | Unsecured | | No Claim Filed |
| | | | $ 18,218.45 | $ 893.97 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 51.03 |
| | $ 51.03 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

